| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| | Agent: Wayne Williams | Telephone: (313) 550-7945 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Jose Concepcion ALONSO-CASTENEDA, a/k/a Alonso CASTANEDA-CONCEPTION

Case No. 2:25−mj−30404
Assigned To : Unassigned
Assign. Date : 6/25/2025
Description: CMP USA v Alonso−Casteneda (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 20, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about June 20, 2025, in the Eastern District of Michigan, Southern Division, Jose Concepcion ALONSO-CASTENEDA, a/k/a Alonso CASTANEDA-CONCEPTION, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about January 18, 2015, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

[x] Continued on the attached sheet.

*Complainant's signature*

Wayne Williams, Border Patrol Agent, DHS
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: June 24, 2025

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Wayne Williams, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since April 2014. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating Jose Concepcion ALONSO-CASTENEDA, which reveals the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain each and every fact known about this case by your affiant.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a), unlawful re-entry following removal, has been committed by Jose Concepcion ALONSO-CASTENEDA, a/k/a Alonso CASTANEDA CONCEPTION.

4. Jose Concepcion ALONSO-CASTENEDA is a forty-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about January 17, 2015, ALONSO-CASTENEDA was arrested by United States Border Patrol Agents near Brownsville, Texas. He was processed as an Expedited Removal.

6. On or about January 18, 2015, ALONSO-CASTENEDA was removed from the United States to Mexico through the Hidalgo, Texas port of entry.

7. On or about June 20, 2025, ALONSO-CASTENEDA was arrested by United States Border Patrol Agents near Auburn Hills, Michigan after responding to a call for assistance from the Auburn Hills Police Department. ALONSO-CASTENEDA was stopped by the police for an inoperable left headlight.

8. ALONSO-CASTENEDA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that ALONSO-CASTENEDA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that ALONSO-CASTENEDA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of the Alien File (A# xxx xxx 419) for Jose Concepcion ALONSO-CASTENEDA and queries in Department of Homeland Security databases confirm no record exists ALONSO-CASTENEDA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on January 18, 2015.

11. Based on the above information, I believe there is probable cause to conclude that Jose Concepcion ALONSO CASTANEDA is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Wayne Williams, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
June 24, 2025